**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LEGGE, JOHN　　　　　　　　　　　　§　Case No. 10-73982
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE　　　　　　, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　Clerk of The U S Bankruptcy Court
　　　327 S Church Street, Room 1100
　　　Rockford IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/20/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/18/2012        By:  /s/BERNARD J. NATALE
                                                Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: LEGGE, JOHN § Case No. 10-73982
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 23,923.34 |
| *and approved disbursements of* | $ 249.99 |
| *leaving a balance on hand of* [1] | $ 23,673.35 |
| **Balance on hand:** | $ 23,673.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 23,673.35 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,615.75 | 0.00 | 2,615.75 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 821.25 | 0.00 | 821.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 22.97 | 0.00 | 22.97 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,719.97 |
| Remaining balance: | $ 19,953.38 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 19,953.38 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 19,953.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,073.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 4,597.20 | 0.00 | 4,597.20 |
| 2 | Midland Credit Manangement, Inc. | 2,476.78 | 0.00 | 2,476.78 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,073.98 |
| Remaining balance: | $ | 12,879.40 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 7,533.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Capital Recovery IV LLC | 7,533.37 | 0.00 | 7,533.37 |

Total to be paid for tardy general unsecured claims: $ 7,533.37
Remaining balance: $ 5,346.03

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 5,346.03

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $80.17. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,265.86.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-73982-MB
John Legge                                                          Chapter 7
      Debtor            **CERTIFICATE OF NOTICE**

District/off: 0752-3            User: lorsmith              Page 1 of 3                   Date Rcvd: Jul 20, 2012
                                Form ID: pdf006             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2012.
db         #+John Legge,    2050 Jonquil Place,   Rockford, IL 61107-1518
15968635    +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
15968638    +American Home Mortgage,   POBox 619063,   Dallas, TX 75261-9063
15968639    +American Home Mortgage,   POBox 660029,   Dallas, TX 75266-0029
15968640    +Americas Servicing Co,   Attention: Bankruptcy,   Po Box 10328,   Des Moines, IA 50306-0328
15968641    +Ballys,   8700 West Bryn Mawr,   Chicago, IL 60631-3552
15968642    +Barclays Bank Delaware,   Attention: Customer Support Department,   Po Box 8833,
              Wilmington, DE 19899-8833
15968643    +Blair Corporation,   220 Hickory St,   Warren, PA 16366-0001
15968644   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
15968645    +Cfmc,   Po Box 9438,   Gaithersburg, MD 20898-9438
15968646    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15968647    +Chase - Cc,   Po Box 15298,   Wilmington, DE 19850-5298
17435034     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15968648    +Chase Mtg,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
15968649    +Citibank,   Attention: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
15968650    +Citimortgage,   PO Box 183040,   Columbus, OH 43218-3040
15968651    +Countrywide Home Lending,   Attention: Bankruptcy CA6-919-01-41,   Po Box 5170,
              Simi Valley, CA 93062-5170
15968652    +Ford Motor Credit Corporation,   National Bankruptcy Center,   Po Box 6275,
              Dearborn, MI 48121-6275
15968654    +Harris Bank,   111 W Monroe St,   Chicago, IL 60603-4095
15968656    +Home Comings Financial,   Attention: Bankruptcy Dept,   1100 Virginia Drive,
              Fort Washington, PA 19034-3204
15968657    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
15968658    +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
18990222    +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
              3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
15968661    +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
15968663   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
              Cincinnati, OH 45201)
15968664    +Wfcb/blair Catalog,   Po Box 2974,   Shawnee Mission, KS 66201-1374
15968665    +Wffinancial,   800 Walnut St,   Des Moines, IA 50309-3504
15968666    +Wfnnb/american,   4590 E Broad St,   Columbus, OH 43213-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19112162     E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2012 02:23:53     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15968653    +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2012 02:23:51     Gemb,   Attn: Bankruptcy,
              P.O. Box 103106,   Roswell, GA 30076-9106
15968655    +E-mail/Text: BKNOTICES@EAFLLC.COM Jul 21 2012 00:03:41     Hilco Rec,   5 Revere Dr Ste 510,
              Northbrook, IL 60062-8007
15968659    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2012 00:01:49     Midland Credit Management,
              Po Box 939019,   San Diego, CA 92193-9019
17534348    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2012 00:01:49     Midland Credit Manangement, Inc.,
              8875 Aero Drive, Suite 200,   San Diego CA 92123-2255
15968660    +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2012 02:13:53     Pearle/gemb,   Po Box 981439,
              El Paso, TX 79998-1439
15968636     E-mail/PDF: cbp@slfs.com Jul 21 2012 01:49:50     American General Finan,   211 Elm St,
              Rockford, IL 61101
15968637     E-mail/PDF: cbp@slfs.com Jul 21 2012 02:22:01     American General Finance,   Po Box 3121,
              Evansville, IN 47731
15968662    +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2012 02:23:52     Sams Club,
              Attention: Bankruptcy Department,   Po Box 105968,   Atlanta, GA 30348-5968
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: lorsmith              Page 2 of 3            Date Rcvd: Jul 20, 2012
                              Form ID: pdf006             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2012**                         **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith              Page 3 of 3                  Date Rcvd: Jul 20, 2012
                              Form ID: pdf006             Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2012 at the address(es) listed below:

        Anita  Khachikyan    on behalf of Debtor John Legge NDILnotices@legalhelpers.com, akh@legalhelpers.com
        Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
        Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
        Gloria C  Tsotsos    on behalf of Creditor  PennyMac Loan Services, LLC as servicer for PennyMac Mortgage Investment Trust Holdings I, LLC nd-three@il.cslegal.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
        Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com

                                                                     TOTAL: 6

Case 10-73982   Doc 36   Filed 07/20/12   Entered 07/22/12 23:29:10   Desc Imaged
Certificate of Notice   Page 9 of 9