**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: LEGGE, JOHN                                       § Case No. 10-73982
                                                         §
                                                         §
Debtor(s)                                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $133,793.70 *(without deducting any secured claims)* | Assets Exempt: $25,029.70 |
| Total Distribution to Claimants: $14,687.52 | Claims Discharged Without Payment: $13,597.00 |
| Total Expenses of Administration: $3,969.96 | |

   3) Total gross receipts of $ 23,923.34   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,265.86   (see **Exhibit 2**), yielded net receipts of $18,657.48 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $153,529.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,969.96 | 3,969.96 | 3,969.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,157.00 | 14,687.52 | 14,687.52 | 14,687.52 |
| **TOTAL DISBURSEMENTS** | $181,686.00 | $18,657.48 | $18,657.48 | $18,657.48 |

4) This case was originally filed under Chapter 7 on August 09, 2010. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2012           By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance & Ins Proceeds from death of father | 1229-000 | 23,923.10 |
| Interest Income | 1270-000 | 0.24 |
| **TOTAL GROSS RECEIPTS** | | **$23,923.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LEGGE, JOHN | Distribution paid 100.00% on $5,265.86; Claim# SURPLUS; Filed: $5,265.86; Reference: 8200-002 | | 5,265.86 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,265.86** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citimortgage | 4110-000 | 153,529.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$153,529.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 2,615.75 | 2,615.75 | 2,615.75 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 22.97 | 22.97 | 22.97 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 821.25 | 821.25 | 821.25 |

**UST Form 101-7-TDR (10/1/2010)**

Case 10-73982   Doc 39   Filed 10/15/12   Entered 10/15/12 12:08:00   Desc Main
                          Document      Page 4 of 9

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 28.02 | 28.02 | 28.02 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.81 | 30.81 | 30.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.72 | 32.72 | 32.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.58 | 29.58 | 29.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.54 | 30.54 | 30.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.46 | 29.46 | 29.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.46 | 33.46 | 33.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.40 | 35.40 | 35.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,969.96 | $3,969.96 | $3,969.96 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 4,597.00 | 4,597.20 | 4,597.20 | 4,597.20 |
| 1I | Chase Bank USA, N.A. | 7990-000 | N/A | 25.23 | 25.23 | 25.23 |
| 2 | Midland Credit Manangement, Inc. | 7100-000 | 2,430.00 | 2,476.78 | 2,476.78 | 2,476.78 |
| 2I | Midland Credit Manangement, Inc. | 7990-000 | N/A | 13.59 | 13.59 | 13.59 |
| 3 | Capital Recovery IV LLC | 7200-000 | 7,533.00 | 7,533.37 | 7,533.37 | 7,533.37 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | Capital Recovery IV LLC | 7990-000 | N/A | 41.35 | 41.35 | 41.35 |
| NOTFILED | Gemb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Comings Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit Corporation National | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Lending | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mtg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Lending | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 5,498.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 3,262.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/na Nd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/american | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfcb/blair Catalog | 7100-000 | 312.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rnb-fields3 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase - Cc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pearle/gemb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffinancial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 4,037.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cfmc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finance | 7100-000 | 28.00 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 460.00 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blair Corporation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ballys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Americas Servicing Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $28,157.00 | $14,687.52 | $14,687.52 | $14,687.52 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73982  
**Case Name:** LEGGE, JOHN  

**Period Ending:** 10/02/12  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 08/09/10 (f)  
**§341(a) Meeting Date:** 09/27/10  
**Claims Bar Date:** 08/25/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 2050 Jonquil Pla 61107, V | 124,254.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Members Alliance Credit Un | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous used household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous books, tapes, CD's, etc. | 25.00 | 0.00 | DA | 0.00 | FA |
| 6 | Personal used clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous costume jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Employer - Term Life Insurance - no cash surrend | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Vanguard LifeStrategy Growth Fund (IRA) | 2,373.98 | 0.00 | DA | 0.00 | FA |
| 10 | Mutual of America - 401k Plan | 1,615.72 | 0.00 | DA | 0.00 | FA |
| 11 | 1997 Geo Metro with 92,000 miles | 1,910.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2001 Chevrolet Cavalier with 150,000 miles Value | 1,815.00 | 0.00 | DA | 0.00 | FA |
| 13 | Inheritance & Ins Proceeds from death of father (u) | 0.00 | Unknown |  | 23,923.10 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.24 | FA |
| 14 | Assets Totals (Excluding unknown values) | **$133,793.70** | **$0.00** |  | **$23,923.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE AWAITING RECEIPT OF REMAINING PROBATE DISTRIBUTION. SEE STATUS REPORT.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012        **Current Projected Date Of Final Report (TFR):**   July 18, 2012  (Actual)

Printed: 10/02/2012 10:47 AM    V.13.04

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-73982 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | LEGGE, JOHN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******08-65 - Checking Account |
| Taxpayer ID #: | **-***7550 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 10/02/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/29/11 | {13} | Norman C. Legge Estate | Partial Pymt on Inheritance | 1229-000 | 15,000.00 | | 15,000.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,000.12 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.81 | 14,969.31 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,969.43 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.72 | 14,936.71 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.58 | 14,907.13 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.54 | 14,876.59 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.46 | 14,847.13 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.46 | 14,813.67 |
| 06/04/12 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #10-73982, #016018067 | 2300-000 | | 28.02 | 14,785.65 |
| 06/18/12 | {13} | Norman C. Legge Estate | Final Pymt on Probate Estate Distribution | 1229-000 | 8,923.10 | | 23,708.75 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.40 | 23,673.35 |
| 08/20/12 | 1002 | BERNARD J. NATALE | Dividend paid 100.00% on $2,615.75, Trustee Compensation;  Reference: | 2100-000 | | 2,615.75 | 21,057.60 |
| 08/20/12 | 1003 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 20,797.60 |
| 08/20/12 | 1004 | LEGGE, JOHN | Distribution paid 100.00% on $5,265.86; Claim# SURPLUS; Filed: $5,265.86; Reference: | 8200-002 | | 5,265.86 | 15,531.74 |
| 08/20/12 | 1005 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 844.22 | 14,687.52 |
| | | | Dividend paid 100.00%      821.25 on $821.25;  Claim# ATTY; Filed: $821.25 | 3110-000 | | | 14,687.52 |
| | | | Dividend paid 100.00%       22.97 on $22.97;  Claim# EXP; Filed: $22.97 | 3120-000 | | | 14,687.52 |
| 08/20/12 | 1006 | Capital Recovery IV LLC | Combined Check for Claims#3,3I | | | 7,574.72 | 7,112.80 |
| | | | Dividend paid 100.00%     7,533.37 on $7,533.37;  Claim# 3; Filed: $7,533.37; Reference: 9606 | 7200-000 | | | 7,112.80 |
| | | | Dividend paid 100.00%       41.35 on $41.35;  Claim# 3I; Filed: $41.35; Reference: 9606 | 7990-000 | | | 7,112.80 |

Subtotals :    $23,923.34    $16,810.54

{} Asset reference(s)                                                                                                     Printed: 10/02/2012 10:47 AM    V.13.04

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-73982  
**Case Name:** LEGGE, JOHN  

**Taxpayer ID #:** **-***7550  
**Period Ending:** 10/02/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******08-65 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/20/12 | 1007 | Chase Bank USA, N.A. | Combined Check for Claims#1,1I | | | | 4,622.43 | 2,490.37 |
| | | | Dividend paid 100.00%<br>on $4,597.20;  Claim# 1;<br>Filed: $4,597.20;<br>Reference: 9762 | 4,597.20 | 7100-000 | | | 2,490.37 |
| | | | Dividend paid 100.00%<br>on $25.23;  Claim# 1I;<br>Filed: $25.23;<br>Reference: 9762 | 25.23 | 7990-000 | | | 2,490.37 |
| 08/20/12 | 1008 | Midland Credit Manangement, Inc. | Combined Check for Claims#2,2I | | | | 2,490.37 | 0.00 |
| | | | Dividend paid 100.00%<br>on $2,476.78;  Claim# 2;<br>Filed: $2,476.78;<br>Reference: 1120/750225 | 2,476.78 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%<br>on $13.59;  Claim# 2I;<br>Filed: $13.59;<br>Reference: 1120/750225 | 13.59 | 7990-000 | | | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 23,923.34 | 23,923.34 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 23,923.34 | 23,923.34 | |
| Less: Payments to Debtors | | 5,265.86 | |
| **NET Receipts / Disbursements** | **$23,923.34** | **$18,657.48** | |

| Net Receipts : | 23,923.34 |
|---|---|
| Less Payments to Debtor : | 5,265.86 |
| Net Estate : | $18,657.48 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******08-65** | 23,923.34 | 18,657.48 | 0.00 |
| | **$23,923.34** | **$18,657.48** | **$0.00** |

{} Asset reference(s)